**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ANDREW WALKER** | ) | **Case No. 09-12629-RGM** |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **RICHARD A. BARTL, TRUSTEE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **A.P. No. 10-01403-RGM** |
| | ) | |
| **LORRAINE WALKER** | ) | |
| 12446 Golansville Rd. | ) | |
| Ruther Glen, VA 22546 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF DISMISSAL**

Richard A. Bartl, Chapter 7 Trustee, by counsel, hereby WITHDRAWS this adversary proceeding, without prejudice, the Trustee and counsel having determined that the relief sought was without merit and uncollectible.

                                                                                        Richard A. Bartl, Trustee
                                                                                        BY COUNSEL

/s/ Derek K. Prosser
Derek K. Prosser, VSB # 75321
Tyler, Bartl, Ramsdell & Counts, PLC
300 N. Washington Street, Suite 202
Alexandria, VA 22314
(703) 842-0538
Counsel to the Chapter 7 Trustee

## Certificate of Service

      I hereby certify that on this 6th day of January, 2011, the foregoing Notice was sent electronically or mailed first class postage prepaid to:

Office of the U.S. Trustee
115 S. Union St., #P210
Alexandria, VA 22314

Lorraine Walker
12446 Golansville Rd.
Ruther Glen, VA 22546

                                            /s/ Derek K. Prosser
                                            Derek K. Prosser